UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANNY PARKER, )<br>)<br>Plaintiff. )<br>)<br>vs. )<br>)<br>UNKNOWN WRIGHT, et al., )<br>)<br>Defendants. ) | Case No. 4:08-CV-560 FRB |

## ORDER OF TRANSFER

**IT IS HEREBY ORDERED** that the instant complaint is **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1406 (a).

Dated this 14th day of May, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE